No. 1065, Misc.  WELLER v. CALIFORNIA ET AL.;

No. 1117, Misc.  ADAMS v. MYERS, CORRECTIONAL SUPERINTENDENT;

No. 1154, Misc.  EX PARTE SCHLETTE;

No. 1169, Misc.  HANOVICH v. MAXWELL, WARDEN, ET AL.;

No. 1188, Misc.  KILLGORE v. WILLINGHAM, WARDEN, ET AL.;

No. 1248, Misc.  PRATT v. MISSOURI; and

No. 1277, Misc.  McCAFFREY v. HERITAGE, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1223, Misc.  GRUETZMACHER v. BURKE, WARDEN;

No. 1239, Misc.  WALKER v. PATE, WARDEN, ET AL.; and

No. 1279, Misc.  HARPER v. CALIFORNIA.  Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 1042, Misc.  RICE v. PALMORE, CHIEF JUSTICE, ET AL.  Motion for leave to file petition for writ of mandamus denied.